**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Herman Lee INGRAM, Defendant–**
**Appellant.**

No. 11–6108.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 8, 2011.

Decided: April 22, 2011.

Herman Lee Ingram, Appellant Pro Se. Olivia L. Norman, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before WILKINSON, NIEMEYER, and DAVIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Herman Lee Ingram appeals the district court's order denying his 18 U.S.C. § 3582(c) (2006) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Ingram,* No. 3:05–cr–00361–HEH–1 (E.D.Va. Dec. 21, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-fore the court and argument would not aid the decisional process.

*AFFIRMED*